IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

ASHBY FUNERAL HOME, INC.                                              PLAINTIFF

v.                         CASE NO. 4:22-CV-00656-BSM

INTERNAL REVENUE SERVICE                              DEFENDANT/GARNISHEE

v.

PAULA MCCLENDON                                                      DEFENDANT

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 24th day of August, 2022.

_____
UNITED STATES DISTRICT JUDGE